UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIDGET BOTTO,

                    Plaintiff,

        v.

CURVEY SENSE, INC.,

                    Defendant.

Case No. 2:25-cv-09123-FLA (PVCx)

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION**

Plaintiff Bridget Botto ("Plaintiff") filed her Complaint on September 24, 2025. Dkt. 1.  A 21 Day Summons was issued on October 14, 2025.  Dkt. 9.  Plaintiff has taken no action since that date.

Accordingly, the court ORDERS Plaintiff to show cause ("OSC"), in writing within fourteen (14) days of this order, why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in dismissal of this action without further notice.

IT IS SO ORDERED.

Dated: March 13, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2